OLAF LARSEN, JR., Respondent, *v.* ASTON G. CLARK, Respondent; DOMINICK J. AMBROSE, Appellant, et al., Defendant.

Argued April 20, 1955; decided June 2, 1955.

*John J. Cunneen* for appellant.

*Benjamin H. Siff* and *Sidney R. Siben* for Olaf Larsen, Jr., respondent.

*Henry R. Bright* and *Hobart R. Marvin* for Aston G. Clark, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.